**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00136-RPM
Criminal Case No. 03-cr-00232-RPM

UNITED STATES OF AMERICA,

           Plaintiff/Respondent,

vs.

Glenn M. Gallant,

           Defendant/Movant.

---

## ORDER

---

      After preliminary consideration of the defendant/movant's motion to vacate, set aside or correct the sentence imposed by this court, it is now

      ORDERED that United States Attorney on or before March 23rd , 2012, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 proceedings.

      Dated: January 20th, 2012

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior District Judge
                    United States District Court for the District of Colorado