**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00136-RPM
Criminal Case No. 03-cr-00232-RPM

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,

vs.

Glenn M. Gallant,

        Defendant/Movant.

_____

ORDER VACATING ORDER TO ANSWER AND GRANTING MOVANT'S MOTION TO HOLD IN ABEYANCE
_____

        On January 20, 2012, this Court entered an order requiring the United States Attorney to answer the motion of Glenn M. Gallant to vacate, set aside, or correct a sentence imposed by this Court under 28 U.S.C. § 2255. On January 23, 2012, the movant filed a motion to hold in abeyance this proceeding until March 21, 2012, to permit Mr. Gallant to file a brief in support of his motion, enabling counsel to further review the stated claims for relief. It is now

        ORDERED that the order to answer is vacated and the motion to hold in abeyance is granted.

        Dated: January 25th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge