IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00175-RPM
Criminal Case No. 03-cr-00232-RPM

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,

vs.

DOUGLAS R. BAETZ,

        Defendant/Movant.

_____

ORDER GRANTING PETITION FOR CERTIFICATE OF APPEALABILITY
_____

The petitioner filed a Petition for Certificate of Appealability from the Clerk's Judgment [4], entered December 19, 2012, regarding this Court's Order of Dismissal [3] entered December 19, 2012, denying the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. After review of the file, it is

ORDERED that the petitioner's application for certificate of appealability is granted.

Dated: February 20th, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge